```
Jane Wang
6146 Bollinger Rd #472
San Jose, CA
Plaintiff in Pro Per
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE WANG, Huang family, Does 1-10<br>    Plaintiff<br><br>    vs.<br><br>City of Cupertino, Phillip Willkomm, Does 1-50<br>    Defendant, | Case No.: 22-cv-06822-BLF<br><br>COMPLAINT FOR DAMAGES<br>2nd Amended Complaint<br><br>DEMAND FOR JURY TRIAL |

## PARTIIES

1.Plaintiff

Jane Wang, Does 1-10

6146 Bollinger Rd #472

San Jose, CA

4086731820

2. Defendant

Defendant 1

City of Cupertino

10300 Torre Avenue Cupertino, CA 95014-3202

4087673200

Defendant 2

Phillip Willkomm

Former enforcement officer of City of Cupertino

2031 Howe Ave STE 100, Sacramento, CA 95825

## JURISDICTION

3.My case belongs in federal court

<u>federal question jurisdiction</u> because it is involves a federal law or right.

## VENUE

4.Venue is appropriate in this Court because:

a substantial part of the events I am suing about happened in this district.

## INTRADISTRICT ASSIGNMENT

5.Because this lawsuit arose in Santa Clara County, it should be assigned to the San Jose Division of this Court.

## STATEMENT OF FACTS

[COMPLAINT] - 1

Plaintiff, Jane Wang, (hereinafter "plaintiff"), alleges: Defendants City of Cupertino(hereinafter "City") is an Agency, at all times alleged, doing business in the State of California, County of Santa Clara and is subject to suit under the Federal and California law. Plaintiff is ignorant of the true names and capacities of those defendants sued herein as Does 1-50, and therefore sue those defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained;

1. Plaintiff is a resident of Santa Clara County, California; Chinese Single female.
2. On and off June 2016, the 1st playhouse/shed was to comply with County rules. Our real estate agent, Talajia told us the place is in Unincorporated County Section; It's mere 120 sq ft, Cupertino City mayor, Manager were OK; but under harassment by Phillip Willkomm and few.
3. On and off June to Dec. 16', plaintiff was told what to do by City bldg. planning, no issue, even sketched together under Ellen Yau, and Gian Martire. Was told no permit was needed. Subsequently, tore down existing structure
4. June to July, 2018 we were informed that a permit would not be necessary even after repeatedly repeated requests to have one per former contractor's instruction. Chang and Erika Poveda (was pointed to later) Catarina Kidd (business card given) were to give permit, but were told no need; not given; wall is well removed from anyone, far away and the only ones possibly affected had no issue.
5. On and off Dec. 18 of 2018, Plaintiff was specifically targeted again because of her age, race, marital status, an Asian female with elders and minor to take care of in broken family. Got same ticket from same Enforcement Officer Phillip Willkomm, whom we had issue with earlier. While leaving message to get representative to ask questions, City and Phillip Willkomm retaliated with five-figure fine threat within hours.
6. On April 9 of 2019, an appeal meeting was held with the Enforcement Officer in attendance, not a neutral party per City procedure. The mediator was from Data Ticket, a 3rd party service provider that manages citations and collections. It was a biased process despite explanations that we requested a permit (not provided) along with a neutral inspector that we could provide (i.e. contractor Dean, Mark, etc.), who is reputable in the field. City didn't follow own local process.
7. We are forced to file administration writ as there was no claim form. We filed with State Department of Fair Housing (DFH/FEHA) and informed City we intended to file whatever claim complaint in the Court within the dates the office told us, demand 3rd party review; which right after the Plaintiff's City appeal got denied, told that's the only way, and further retaliation on 2nd buildup, Having a plan is necessary per reference and quoted case; as last time the 'thin board' claimed to be a wall, with overhang/shelf viewed as 2ndstory. Higher backyard ground level than next door, where buildup stands mere 12' becomes many feet more.
8. On and off April 23, May 7 14, 21, 28, of 2019 and on we went to the public meetings to condemn the discrimination, etc., City closed doors on us using tax dollars we paid to get parties to do damages to us, with owners being of old age, in and out hospitals
9. On and off end of 19' to early 20', their unjustified retaliation/sanction to retaliate us for their not showing up, but excuse our not being there falsely, our request for 3rd party never happened, gets their own same Officer in,

[COMPLAINT] - 2

no required documents provided, all our response becomes 'null' on their documents, which is the constant falsehood, malicious tactics. On the contrary, for the discovery set we sent to this day? No response.

10. During January 2020, City used superior power skill, being no shows in hearing many times after confirmation, our motions still denied. Again, didn't give us due process after we repeatedly requested.

11. On and off August 27, 2020 at 9:00 a.m., City didn't allow trial, didn't allow witness, expert testimony, evidence simply tries to default us on SMJ hearing which we were barred outside court while City had access to court during COVID, and repeatedly deny our motion, the false 'no contest' result is based on 'no permit' while resident has a 'symbolic' permit. City repeatedly uses honorable court to deny our request for the right to be heard.

12. On and off mid-2020; filed claim about first property loss or so; no City claim form provided, filed form with DFH and got confirmation letter on the City's action related to retaliatory fine, torn down buildup, including previous excessive measure to have torn down after much double-talk; later notified us to deal with City. Plaintiff served and requested default about June of 2021, attorney Laura said City would not pursue, we could keep the way buildup is, no more action from City and we don't need to do anything about it. We repeatedly did ask to write down, but she said not needed, with similar promises several times more along the way.

13. On and off in September of 2021, City breached own agreement and rule after Plaintiff got 'symbolic permit', to minimize possibility of being 'screwed'. But City didn't even take close look, standing 100 ft away for few seconds. We open the several feet deep long line ground for them, but City didn't look at plan or anything, saying someone 'had complaint'. Otherwise 'will work'; Plaintiff called later, City's saying 'sure the back forth will happen many times again'/ refer, it has been OK to be without permit the way as it has endless exchange many times before from City. So deemed OK with or without it. Even got symbolic permit. Didn't render the service we paid for.

14. On and off end of November of 2021, City Attorney underhandedly filed execution motion using different court, our reconsideration appeal injection was deemed ineffective.

15. On December 6th of 2021, without notice, the backyard buildup including belongings, which the workers were told to take away. Plaintiff tried to send email and call City Attorney, showing filed appeal, etc. at the same time, etc. No response. Disparately said same to crew on site. Since the tragedy with the 'take away' by the 'mob raid', which started in public without notice, at big downtown area with crowd, in front of elders and young before the sun was all the way up to the dark with two of the biggest moving trucks we've ever seen, one of which occupied the whole front driveway area....full and overflow...which had taken family and contractor's greater effort to dream and build it for kids, old, and young with our hand prints everywhere. So surprise to us.

16. On and off April 2022 Defendant couldn't answer after past date to respond to claim twice. City played surreptitiously to make up story about Plaintiff's not filing right claim plus using sanction to exploit weaker party.

17. On Oct. 6 of 2022, City again tries to ignore due process, self-servingly uses its 'arcane skills', oppressive tactics to blow back the default case by not notify the hearing to overpower Plaintiff. City instead again unfairly imposes self-prepared extorted inflated legal fees under color of the law, which was said no charge earlier.

[COMPLAINT]  - 3

Nevertheless, malicious retaliation. City again and again uses honorable legal system; their superior legal resources to not let us present the merit, acted out of malice, fraud and oppression.

### FIRST CAUSE OF ACTION/First Claim (Violations of due process 42 USC Code § 1983 et seq.— Substance and Procedure under 14th amendment)
### (As To All)

18. Plaintiff followed the codes; City is the one didn't follow. Have the permit, did what was told, Plaintiff was discriminated against constitution, denied 4th amendment right to us. No notice is given to take away property belonging; it's done without support.

19. Defendant acted willfully erroneously was refused to give permit as said not required, then got the 'symbolic' one while the warrant said there was no permit what so ever. 'All projects under the 2019 California Codes of Regulations and amendments ... codes and ordinances adopted by the City, and by providing field inspections', per City own procedure, while City not providing inspection after issuing permit. Defendant filed under different court for warrant clandestinely while called, begged, showed paper with permit, injection, set aside court proceeding. If City didn't willfully change the court and case underhandedly, the injunction would work.

20. City didn't allow trial, didn't allow witness, expert testimony, evidence simply default us SMJ hearing which we were barred outside court while City had access to court, and repeatedly deny our motion to set aside default. On and around Dec. 6, 21', second time the property is down and taken away even belongings equivalents to hundreds thousands dollar in front very young and old and public from dawn to dark, mob storms in, long term irreversible emotional, financial damage, etc. Malice, oppress, abhorrent beyond human decency.

21. Defendant behaved egregiously, doing whatever they want. Often, drafted their own judgment everywhere self-serving derive from self-interests, misuse honorable court trust, having received the green light, to include frivolous sanctions with no restraint, turn white to black using their skills. Misuse force and legal system to deprive Plaintiff's property, belongings and rights

22. The conduct of Defendant toward Plaintiff was outrageous and beyond the bounds of all human decency and is the sort of conduct that a part of Defendant's culture/nature; As a result of the conduct of Defendant, Plaintiff caused a complaint to be registered attempting to stop the conduct constituting malicious prosecution;

23. As a proximate result of lodging of the complaint/claim, Defendants retaliated against Plaintiff by acting in bad faith, change policy, underhandedly manipulating process, torn down, taking property, personal belong, sanction, retaliatory extorted fine, legal fees, etc. on a pretext;

24. As a proximate result of the conduct of Defendants, Plaintiff has suffered injury/loss and severe emotional distress, financial loss and continues, and will continue to suffer injury/loss and severe emotional distress, financial loss and continues;

25. As a proximate result of the conduct of Defendants, Plaintiff has sought medical assistance, and will continue to have the need of medical assistance;

[COMPLAINT]   -   4

26. As a proximate result of the conduct of Defendants, Plaintiff-has suffered property, personal belonging loss, wage and benefit loss, financial loss, emotional distress and will continue to suffer future health, wage and benefit loss, financial loss, etc.;
27. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

**SECOND CAUSE OF ACTION (Violations of the Equal Protection Clause 14th amendment)**
**(As To All)**

28. Plaintiff incorporates by reference the above paragraph as though fully stated herein:
29. On administrative citation form, it shows cumulative way on fining, On and off Dec. 18', was specifically targeted again because my race marital status, age, origin, Asian female with elder, minor to take care of in broken family. The City code allows picketing in a residential neighborhood got small buildup at the backyard related to the so called code if somehow say this one violated, but not pick on others, who's lot taller, closer to fences. This residence is several feet higher ground than neighbor's, but City does not pick the others on higher ground, falsely measuring from neighbor site ground to count the height/facade; there are plenty hill side residents in the city, which city didn't do. This one is not even on hill site on top of profiling discriminating the residents.
30. It's an invalid unequal process; Plaintiff requested a permit which was not provided per the building code, eventually got 'symbolic' one and a neutral inspector not provided. We were forced to file the initial civil abate/claim called by City to deny a claim of public nuisance from Plaintiff/Petitioner's backyard and had since request relief from various retaliatory penalties specified in City letters. City called it 'nuisance', at no time the direct affected neighbor got issues even had letter stated they are for it and open space behind buildup, the resident got called 'nuisance', and hidden front Public Street. Without effected ones concern and not on the way to any from street, even if so, there's variance, fix, change order, etc. to keep it plus former contractor built the way by the City. At no time, Plaintiff's residence is not qualified for any of above, and not got informed like others, completely erroneous unnecessary fascist act.
31. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

**THIRD CAUSE OF ACTION (California Tort Act)**
**(As To All)**

[COMPLAINT] - 5

32. Plaintiff incorporates by reference the above paragraph as though fully stated herein:
33. Filed tort claim, received letter on off April. 20' and Oct. 22', denied claim. Got same ticket from same officer Phillip Willkomm we had issue with earlier, while left message to get representative to ask questions, retaliated with five-figure fine threat within hours, no previous citation received. This patterns continues, City default us not giving proper court notice, while plaintiff asked for vacate, City retaliated, extorted with court fee, which originally said 'no motion cost to plaintiff', instead both side shall bare own cost, which Plaintiff besides property damage, taken away, emotional distress, also had accumulated few large legal assist sum and monthly payment, etc. The extorted court fee is out of norm among public agencies, besides retaliatory fee, also the threat harmful letter/s.
34. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants. .

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

### FORTH CAUSE OF ACTION (Violations Civil Rights, Bill of Rights, Deprivation of Civil Rights under Color of Law)
### (As To City )

35. Plaintiff incorporates by reference the above paragraph as though fully stated herein:
36. Law prohibits officers from willfully depriving another of a constitutional right. City didn't follow own muni code to have neutral appeal admin code 16.02 2, deliberately used honorable court to default plaintiff, even knowingly, who was barred into court while City got access to the court on summary judgment Pursuant to California Code of Civil Procedure §473(b), the court should set aside this adverse judgment or ruling based on inadvertence, surprise, or excusable neglect. The policy of the law is that controversies should be heard and disposed of on their merits (Fasuyi v. Permatex, Inc. (2008) 167 Cal. App. 4th 681, 694–703, 84 Cal. Rptr. 3d 351; Berman v. Klassman (1971) 17 Cal. App. 3d 900, 909, 95 Cal. Rptr. 417). 3) but defendant filed under different court for warrant while called begged showed paper has injection, set aside court proceeding.
37. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants. .

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

### FIFTH CAUSE OF ACTION (Violations of Bar on Enacting Ex Post Facto Law)
### (As To City )

38. Plaintiff incorporates by reference the above paragraph as though fully stated herein:

[COMPLAINT] - 6

39. Both administrative writ and 1st complaint of first taken down was not answered even properly served multiple times, the complaint was even evaded defaulted more than a year, but the default blows back by the City to be alive then use their superior skill to default on us while we were barred out of court room during Covid/not give notice on and off Dec.21', Oct. 22'. While we have 'symbolic' permits, which was told not needed, still prosecute plaintiff using order stated 'no permit'. Every time, we expose and object the fault, neglect, erroneous illicit act, City again and again exploits the weaker party, cause deliberated injury.
40. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

**SIXTH CAUSE OF ACTION (Violations of Prohibition against Bills of Attainder)**

**(As To City )**

41. Plaintiff incorporates by reference the above paragraph as though fully stated herein:
42. City called it 'nuisance', at no time the direct affected neighbor got issues even had letter stated they are for it and open space behind buildup, the resident got called 'nuisance', and hidden front Public Street. Without effected ones concern and not on the way to any from street, even if so, there's variance, fix, change order, etc. to keep it plus former contractor built the way by the City. Without valid process, city didn't follow codes while Plaintiff did follow codes but denied rights without due process/trial.
43. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

**SEVENTH CAUSE OF ACTION (Retaliation)**

(As To All )

44. Plaintiff incorporates by reference the above paragraph as though fully stated herein:
45. Doesn't follow due process, doesn't follow own codes; don't give notice whether taking property or misuse of the system/process to retaliate with extorted retaliatory fine or legal fee whenever Plaintiff objects is one of the many forms of retaliation. City again and again exploits the weaker party, causes deliberated injury.
46. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

### EIGHT CAUSE OF ACTION (Violations of 5TH Amendment)

(As To City )

47. Plaintiff incorporates by reference the above paragraph as though fully stated herein:
48. City willfully took property belonging without notice. Defendant behaved egregiously, doing whatever they want. Often, drafted their own judgment everywhere self-serving derive from self-interests, misuse honorable court trust , having received the green light, to include frivolous sanctions with no restraint, turn white to black using their skills. Misuse force and legal system to deprive Plaintiff's property, belongings and rights
49. The conduct of Defendant toward Plaintiff was outrageous and beyond the bounds of all human decency and is the sort of conduct that a part of Defendant's culture/nature; As a result of the conduct of Defendant, Plaintiff caused a complaint to be registered attempting to stop the conduct constituting malicious prosecution;
50. As a proximate result of lodging of the complaint/claim, Defendants retaliated against Plaintiff by acting in bad faith, change policy, underhandedly manipulating process, torn down, taking property, personal belong, sanction, retaliatory extorted fine, legal fees, etc. on a pretext;
51. As a proximate result of the conduct of Defendants, Plaintiff-has suffered property, personal belonging loss, wage and benefit loss, financial loss, emotional distress and will continue to suffer future health, wage and benefit loss, financial loss, etc.;
52. The conduct of Defendants was intentional, malicious, oppressive, fraudulent, despicable, and done without regard for the rights, health, and safety, and financial concern of Plaintiff in that they subject Plaintiff to cruel and unjust hardship. Therefore, Plaintiff prays for an award of exemplary damages to deter such future conduct on the part of Defendants.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

### DEMAND FOR RELIEF

53. A present and actual controversy exists between Plaintiff and Defendants concerning their rights and respective duties. Plaintiff contends that Defendants violated their rights under retaliation in violation of Due Process, US Bill of Rights-all amendments, and adoption, fourteenth amendment, CA Tort Act, FEHA Act, Civil Code 1714 negligence, Civil Code Section 1431.2 CA code 815-818.9, California Civil Code 3294 CC, retaliation in violation of 42 U.S.C. 1981, Uniform Commercial Code(hereinafter "UCC")and adoption, US Tort Law, violation of the CA Private Attorneys General Act, violation of the Racketeer Influenced and Corrupt Organization Act, 42 USC Code § 1983, Section 242 of Title 18 California Civil Code Section 51.7 et seq. and more. Plaintiff is informed and believes and thereon alleges that the Defendants deny these allegations. Declaratory relief is therefore necessary and appropriate.
54. Plaintiff seeks a judicial declaration of the rights and duties of the respective parties.

### INJUNCTION RELIEF ALLEGATIONS

55. No plain, adequate, or complete remedy at law is available to Plaintiff to redress the wrongs addressed herein.

56. If this Court does not grant the injunctive relief sought herein, Plaintiff will be irreparably harmed.

THEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS SET FORTH HEREINAFTER.

1  For general and compensatory damages according to proof;

2. For special damages according to proof;

3. For exemplary damages for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, etc. causes of action according to proof;

4. For attorney fees according to proof;

5. For costs of suit;

6. For prejudgment interest;

7. For a jury trial;

8. For such other and further relief as this court deems appropriate.

. Dated: Jan 5, 2023

            Respectfully submitted,

            /S/ Jane Wang

            Huang family, Jane Wang

DEMAND FOR JURY TRIAL

Plaintiff demand a jury trial on all causes of action and claims to which she have a right to a jury trial.

Dated: October 10, 2022

            Respectfully submitted,

            /S/ Jane Wang

            Huang family, Jane Wang